UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JAN 20  PM 2: 24

CLERK

BY ___RC___
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:16-cr-4-01 |
| | ) | |
| ISAIAH WADE, a.k.a. "Savage," | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

COUNT I

On or about October 22, 2015, in the District of Vermont, the defendant, ISAIAH WADE, a.k.a. "Savage," knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

___ FOREPERSON

_____ (CEN) for
ERIC S. MILLER
United States Attorney
Rutland, Vermont
January 20, 2016