AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Isaiah Wade<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 2:16-cr-4-1 |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 FEB 20  PM 4:48

CLERK
BY_____
DEPUTY CLERK

2018 DEC 21 PM 4:40  U.S. MARSHALS SERVICE  RECEIVED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Isaiah Wade,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ☑ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

from or about 11/13/2018, through on or about 12/3/2018, deft used oxycodone;
on or about 11/13/2018, deft used marijuana and oxycodone;
from on or about 11/19/2018, through 12/12/2018, dft failed to report to treatment sessions

Date:   12/21/2018                                              /s/ Christina Reiss
                                                                                  _Issuing officer's signature_

City and state:   Burlington, VT                      Christina Reiss, U.S. District Judge
                                                                                  _Printed name and title_

---

### Return

This warrant was received on _(date)_ 12-21-18, and the person was arrested on _(date)_ 2-20-19
at _(city and state)_ Newark, NJ.

Date: 2-20-19                                                          _____
                                                                                  _Arresting officer's signature_

                                                                                  John Curtis
                                                                                  _Printed name and title_